69 So.2d 902

**MOBILE CAB & BAGGAGE CO., Inc.**

v.

**William ·H. HOWELL.**

**I Div. 624.**

Court of Appeals of Alabama.

Dec. 22, 1953.

Johnston, McCall & Johnston, Mobile, for appellant.

D. R. Coley, Jr., Mobile, for appellee.

PER CURIAM.

Judgment of affirmance set aside, and appeal dismissed by agreement.

68 So.2d 925

**Anna McDONIELL**

v.

**STATE.**

**6 Div. 772.**

Court of· Appeals of Alabama.

Oct. 15, 1953.

Lewey Robinson, Birmingham, for appellant.

Si Garrett, Atty. Gen., for the State.

PRICE, Judge.

Appellant is charged with murder in the first degree and appeals from a decree of the Circuit Court of Jefferson County denying her bail in a habeas corpus proceeding.

We have carefully considered the ·evidence presented and are of the opinion that under the applicable principles of law, which are fully set out in the case of Colvin v. State, 36 Ala.App. 104, 53 So.2d 99, the appellant is entitled to bail.

The judgment and decree of the lower court denying appellant bail is reversed, and it is hereby ordered that she be released upon furnishing bail in the amount of five thousand dollars, to·be approved by the Circuit Judge below, or by the Sheriff of ·Jefferson County in compliance with Section 194, Title 15, Code 1940.

Reversed and remanded with instructions.

68 So.2d 926

**Rufus NANCE**

v.

**STATE.**

**8 Div. 375.**

Court of Appeals of Alabama.

Nov. 3, 1953.

No attorney marked for appellant.

Si Garrett, Atty. Gen., for the State.

CARR, Presiding Judge.

This appeal is in this court on the record proper without a transcription of the testimony.

The record is in every respect regular with the exception of the number of days ordered for the defendant to serve to pay the fine.

The judgment below is ordered affirmed, and the cause is remanded for proper sentence.

Affirmed. Remanded for proper sentence.